**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re:  Douglas King                                            Case #: 04-64522
       Senora King
       6778 Township Rd 207
       DeGraff, OH 43318                                  Judge: Charles M. Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: May 26, 2010                                       /s/ Frank M. Pees
                                                                                 Frank M. Pees
                                                                                 Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Quality Mechanical<br>1587 CR 3217<br>Bellefontaine, OH 43311 | $.12 |