UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Douglas King                              :         Case #: 04-64522
       Senora A. King

                                                     :         Chapter 13

                                                   :         Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 2, 2010                           /s/ Frank M. Pees_____
                                                             Frank M. Pees
                                                              Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Wells Fargo Servicing Solution | $2388.77 |
| 3210 Lake Emma Rd. #200 | |
| Lake Mary, FL 32746 | |